IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MAX BENTON MCKINNEY**      **PLAINTIFF**

**v.**      **No. 3:22CV93-DAS**

**MAYOR OF SENATOBIA, ET AL.**      **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day, defendant Mayor of Senatobia is **DISMISSED** with prejudice from this suit for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this, the 26th day of August, 2022.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE